IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RESA PITTMAN** | § | **PLAINTIFF** |
| | § | |
| v. | § Civil Action No. 1:12CV64HSO-RHW | |
| | § | |
| **BOYD BILOXI, LLC** | § | **DEFENDANT** |

## FINAL JUDGMENT

This matter came on to be heard on the Motion [50] for Summary Judgment filed pursuant to FED. R. CIV. P. 56 by Defendant Boyd Biloxi, LLC against Plaintiff Resa Pittman.  The Court, after a full review and consideration of Defendant's Motion, Plaintiffs' Response, Defendant's Rebuttal, the pleadings on file, and relevant legal authorities, finds that in accord with the reasons more fully stated in its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that Judgment is rendered in favor of Defendant pursuant to FED. R. CIV. P. 56.  This civil action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 28th day of June, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE